IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| DAVID CLEMONS, | ) |
| Petitioner, | ) |
| v. | ) CIVIL ACTION NO. 05-CO-1331-NE |
| WARDEN CHARLES HANLEY; ATTORNEY GENERAL FOR THE STATE OF ALABAMA, | ) |
| Respondents. | ) |

MEMORANDUM OF OPINION

The magistrate judge filed his findings and recommendation on August 24, 2006, recommending that the petition for writ of habeas corpus be dismissed as untimely. On September 11, 2006 petitioner filed objections to the findings and recommendation.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the findings and recommendation and the objections filed by the petitioner, the Court is of the opinion that the magistrate judge's findings are due to be and are hereby ADOPTED and his recommendation is ACCEPTED. Accordingly, the petition for writ of habeas corpus is due to be DISMISSED as untimely. A Final Judgment will be entered.

Done this 18th day of September 2006.

L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE
124153